Vassi Iliadis (State Bar No. 296382)
Elliot Herzig (State Bar No. 345779)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
elliot.herzig@hoganlovells.com

Neal K. Katyal (*Pro Hac Vice Application Submitted*)
William Havemann (*Pro Hac Vice Application Submitted*)
Nathaniel Zelinsky (*Pro Hac Vice Application Submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
neal.katyal@hoganlovells.com
will.havemann@hoganlovells.com
nathaniel.zelinsky@hoganlovells.com

*Attorneys for Defendant NVIDIA Corporation*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated, | Case No. 5:24-cv-05157-EJD |
| | The Honorable Edward J. Davila |
| Plaintiff, | **JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET BRIEFING SCHEDULE** |
| v. | |
| NVIDIA CORPORATION | |
| | |
| Defendant. | **[LOCAL RULE 6-1(B)]** |
| | Complaint Filed: August 14, 2024<br>Current Response Date: September 20, 2024<br>New Response Date: November 4, 2024<br><br>Current Opposition Date: October 4, 2024<br>New Opposition Date: December 16, 2024<br><br>Current Reply Date: October 11, 2024<br>New Reply Date: January 16, 2024 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-cv-05157-EJD

Pursuant to Northern District of California Local Rule 6-1(b), this Stipulation is entered into by and among David Millette ("Plaintiff") and Defendant NVIDIA CORPORATION ("NVIDIA") (collectively, the "Parties"), by and through their respective undersigned counsel:

WHEREAS, on August 14, 2024, Plaintiff filed his Complaint against NVIDIA ("Complaint"). ECF No. 1.

WHEREAS, on August 30, 2024, NVIDIA was served with the Summons and a copy of the Complaint. ECF No. 9.

WHEREAS, NVIDIA's current deadline to move, answer, or otherwise respond to the Complaint is September 20, 2024.

WHEREAS, on August 28, 2024, the Court ordered that this case be related to *Millette v. Google LLC et al*, 5:24-cv-04708-EJD and *Millette v. OpenAI, Inc. et al, Inc*, 5:24-cv-04710-EJD. ECF No. 5.

WHEREAS, in *Millette v. Google LLC et al*, 5:24-cv-04708-EJD, the Court ordered an extended briefing schedule such that (1) the defendant's time to respond to the complaint was extended by 60 days to November 4, 2024; (2) the plaintiff's time to respond to a motion to dismiss or amend the complaint was extended to December 16, 2024; and (3) the defendant's time to reply in support of the motion to dismiss was extended to January 16, 2025. ECF No. 26 in *Millette v. Google LLC*, 5:24-cv-04708-EJD.

WHEREAS, NVIDIA requested, and Plaintiff agreed, to extend NVIDIA's deadline to move, answer, or otherwise respond to the Complaint by 45 days from September 20, 2024 to November 4, 2024.

WHEREAS, NVIDIA intends to file a motion to dismiss the Complaint and the Parties have agreed to set a briefing schedule for NVIDIA's forthcoming motion that is identical to the briefing schedule in the related case of *Millette v. Google LLC et al*, 5:24-cv-04708-EJD.

WHEREAS, the Parties have agreed to these changes in order to accommodate the schedules of counsel for both Parties and to administer the related cases more efficiently.

NOW, THEREFORE, pursuant to Local Rule 6-1(b), the Parties stipulate, subject to the Court's approval, as follows:

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

- 1 -

JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-cv-05157-EJD

1. NVIDIA's deadline to move, answer, or otherwise respond to the Complaint shall be extended from September 20, 2024 to November 4, 2024;

2. Plaintiff's deadline to respond to NVIDIA's forthcoming motion to dismiss or amend the Complaint shall be December 16, 2024; and

3. NVIDIA's deadline to file a reply in support of the motion to dismiss shall be January 16, 2025.

**IT IS SO STIPULATED**

Dated:   September 17, 2024    **HOGAN LOVELLS US LLP**

By: */s/ Vassi Iliadis*

Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
elliot.herzig@hoganlovells.com

Neal K. Katyal (*Pro Hac Vice Application Submitted*)
William Havemann (*Pro Hac Vice Application Submitted*)
Nathaniel Zelinsky (*Pro Hac Vice Application Submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
neal.katyal@hoganlovells.com
will.havemann@hoganlovells.com
nathaniel.zelinsky@hoganlovells.com

*Attorneys for Defendant NVIDIA Corporation*

Hogan Lovells US LLP
Attorneys At Law

- 2 -

JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-cv-05157-EJD

| | | |
|---|---|---|
| 1 | Dated: September 17, 2024 | **BURSOR & FISCHER, P.A.** |
| 2 | | By: */s/ L. Timothy Fisher* |

L. Timothy Fisher
Joshua B. Glatt
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
jglatt@bursor.com

Joseph I. Marchese (*Pro Hac Vice Forthcoming*)
Julian C. Diamond (*Pro Hac Vice Forthcoming*)
**BURSOR & FISCHER, P.A.**
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

- 3 -

JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S
COMPLAINT AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-cv-05157-EJD

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Vassi Iliadis, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

By: */s/ Vassi Iliadis*
Vassi Iliadis

- 4 -

JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-cv-05157-EJD