UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION<br><br>Defendant. | Case No. 5:24-cv-05157-EJD<br><br>The Honorable Edward J. Davila<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND NVIDIA CORPORATION'S DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO SET BRIEFING SCHEDULE**<br><br>**[LOCAL RULE 6-1(B)]**<br><br>Complaint Filed: August 14, 2024<br>Current Response Date: September 20, 2024<br>New Response Date: November 4, 2024<br><br>Current Opposition Date: October 4, 2024<br>New Opposition Date: December 16, 2024<br><br>Current Reply Date: October 11, 2024<br>New Reply Date: January 16, 2024 |

**[PROPOSED] ORDER**

Having reviewed the Joint Stipulation for an Order to Extend NVIDIA Corporation's Deadline to Respond to Plaintiff's Complaint and to Set Briefing Schedule (the "Joint Stipulation") filed by NVIDIA Corporation ("NVIDIA"), the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation filed pursuant to Local Rule 6-1(b). Accordingly,

1. NVIDIA's deadline to answer or otherwise respond to the Complaint shall be extended from September 20, 2024 to November 4, 2024;
2. Plaintiff's deadline to respond to a motion to dismiss or amend the Complaint shall be December 16, 2024; and
3. NVIDIA's deadline to reply in support of the motion to dismiss shall be January 16, 2025.

**IT IS SO ORDERED.**

Dated: September 18, 2024

HON. EDWARD J. DAVILA
United States District Judge