Vassi Iliadis (State Bar No. 296382)
Elliot Herzig (State Bar No. 345779)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
elliot.herzig@hoganlovells.com

Neal K. Katyal (*Pro Hac Vice Application Submitted*)
William Havemann (*Pro Hac Vice Application Submitted*)
Nathaniel Zelinsky (*Pro Hac Vice Application Submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
neal.katyal@hoganlovells.com
will.havemann@hoganlovells.com
nathaniel.zelinsky@hoganlovells.com

*Attorneys for Defendant NVIDIA Corporation*

**DENIED AS MOOT**
Judge Edward J. Davila
October 1, 2024

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MILLETTE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NVIDIA CORPORATION <br><br> Defendant. | Case No. 5:24-cv-05157-EJD <br><br> The Honorable Edward J. Davila <br><br> **JOINT STIPULATION TO EXTEND DEADLINE FOR CASE MANAGEMENT CONFERENCE AND RULE 26(f) DEADLINES AND [PROPOSED] ORDER** <br><br> **[LOCAL RULE 6-1(B)]** <br><br> Complaint Filed: August 14, 2024 <br> Current CMC: November 7, 2024 <br> Proposed CMC: 30 days after Order on MTD |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

JOINT STIPULATION TO EXTEND DEADLINE
FOR CASE MANAGEMENT CONFERENCE AND RULE 26(F) DEADLINES (LOCAL RULE 6-1(B))
CASE NO. 5:24-cv-05157-EJD

Pursuant to Northern District of California Local Rule 6-1(b), this Stipulation is entered into by and among David Millette ("Plaintiff") and Defendant NVIDIA CORPORATION ("NVIDIA") (collectively, the "Parties"), by and through their respective undersigned counsel:

WHEREAS, on August 14, 2024, Plaintiff filed his Complaint against NVIDIA ("Complaint"). ECF No. 1.

WHEREAS, on August 28, 2024, the Clerk issued a notice resetting the Initial Case Management Conference for November 7, 2024, with a Joint Case Management Statement due by October 25, 2024. ECF 7.

WHEREAS, on August 30, 2024, NVIDIA was served with the Summons and a copy of the Complaint. ECF No. 9.

WHEREAS, on September 18, 2024, the Court granted the Parties' joint stipulation to extend the briefing schedule on a Motion to Dismiss as follows:

- NVIDIA's deadline to answer or otherwise respond to the Complaint shall be November 4, 2024;
- Plaintiff's deadline to respond to a motion to dismiss or amend the Complaint shall be December 16, 2024;
- NVIDIA's deadline to reply in support of the motion to dismiss shall be January 16, 2025. ECF. No. 20.

WHEREAS, on September 30, 2024, the Parties agreed that the Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) should be re-set to 30 days after a ruling on any forthcoming Motion to Dismiss.

WHEREAS, on September 30, 2024, the Parties agreed that a Joint Case Management Statement should be due 14 days before the Initial Case Management Conference.

WHEREAS, the Parties have agreed to these changes in the interests of efficiency in this litigation.

NOW, THEREFORE, pursuant to Local Rule 6-1(b), the Parties stipulate, subject to the Court's approval, as follows:

1. The Initial Case Management Conference currently set for November 7, 2024 is vacated.

- 1 -

JOINT STIPULATION TO EXTEND DEADLINE
FOR CASE MANAGEMENT CONFERENCE AND RULE 26(F) DEADLINES (LOCAL RULE 6-1(B))
CASE NO. 5:24-cv-05157-EJD

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

2. The Initial Case Management Conference and all related deadlines under Federal Rule of Civil Procedure 26(f) shall be re-set to 30 days after a ruling on any forthcoming Motion to Dismiss.

3. A Joint Case Management Statement shall be due 14 days before the Initial Case Management Conference.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| Dated: | September 30, 2024 | **HOGAN LOVELLS US LLP** |
| | | By: */s/ Vassi Iliadis* |

Vassi Iliadis
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Tel: (310) 785-4600
Fax: (310) 785-4601
vassi.iliadis@hoganlovells.com
elliot.herzig@hoganlovells.com

Neal K. Katyal (*Pro Hac Vice Application Submitted*)
William Havemann (*Pro Hac Vice Application Submitted*)
Nathaniel Zelinsky (*Pro Hac Vice Application Submitted*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street, NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
neal.katyal@hoganlovells.com
will.havemann@hoganlovells.com
nathaniel.zelinsky@hoganlovells.com

*Attorneys for Defendant NVIDIA Corporation*

| | | |
|---|---|---|
| Dated: | September 30, 2024 | **BURSOR & FISCHER, P.A.** |
| | | By: */s/ L. Timothy Fisher* |

L. Timothy Fisher
Joshua B. Glatt
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
ltfisher@bursor.com
jglatt@bursor.com

Joseph I. Marchese (*Pro Hac Vice Forthcoming*)
Julian C. Diamond (*Pro Hac Vice Forthcoming*)
**BURSOR & FISHER, P.A.**
1330 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (646) 837-7150
Fax: (212) 989-9163
jmarchese@bursor.com
jdiamond@bursor.com

*Attorneys for Plaintiff*

- 3 -

JOINT STIPULATION TO EXTEND DEADLINE
FOR CASE MANAGEMENT CONFERENCE AND RULE 26(F) DEADLINES (LOCAL RULE 6-1(B))
CASE NO. 5:24-cv-05157-EJD

**ECF ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Vassi Iliadis, am the ECF user whose identification and password are being used to file this Stipulation. I hereby certify that all other signatories to this document have concurred in its filing.

Dated: September 30, 2024                                By: */s/ Vassi Iliadis*
                                                                                        Vassi Iliadis

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

- 4 -

JOINT STIPULATION TO EXTEND DEADLINE
FOR CASE MANAGEMENT CONFERENCE AND RULE 26(F) DEADLINES (LOCAL RULE 6-1(B))
CASE NO. 5:24-cv-05157-EJD