Vassi Iliadis (SBN 296382)
Elliot Herzig (SBN 345779)
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 785-4600
Facsimile: (310) 785-4601
vassi.iliadis@hoganlovells.com
elliot.herzig@hoganlovells.com

Neal Kumar Katyal (*Pro Hac Vice*)
William Havemann (*Pro Hac Vice*)
Nathaniel A.G. Zelinsky (*Pro Hac Vice*)
Ezra P. Louvis (*Pro Hac Vice*)
**HOGAN LOVELLS US LLP**
555 Thirteenth Street NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
neal.katyal@hoganlovells.com
will.havemann@hoganlovells.com
nathaniel.zelinsky@hoganlovells.com
ezra.louvis@hoganlovells.com

*Attorneys for Defendant NVIDIA Corporation*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID MILLETTE, and RUSLANA PETRYAZHNA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:24-cv-05157-EJD<br><br>The Honorable Edward J. Davila<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE AND TO SET BRIEFING SCHEDULE**<br><br>**[LOCAL RULES 6-1(B)]**<br><br>FAC Filed: December 16, 2024<br>Current Response Date: December 30, 2024<br>New Response Date: February 10, 2025<br><br>Current Opposition Date: January 13, 2025<br>New Opposition Date: March 24, 2025<br><br>Current Reply Date: January 20, 2025<br>New Reply Date: April 14, 2025<br><br>Hearing Date: May 15, 2025 |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-05157-EJD

**[PROPOSED] ORDER**

Having considered the Parties' Joint Stipulation to Extend Defendant's Response Deadline and to set the Briefing Schedule, the Court **HEREBY ORDERS** as follows:

The Court finds good cause to **GRANT** the Joint Stipulation to Extend Defendant's Response Deadline and to set the Briefing Schedule. Accordingly, the Court **HEREBY EXTENDS** Defendant's deadline to answer, move, or otherwise respond from December 30, 2024 to February 10, 2025; Plaintiffs' deadline for filing an opposition brief to Defendant's responsive motion from January 13, 2025 to March 24, 2025; and Defendant's deadline for filing a reply brief to Plaintiffs' opposition from January 20, 2025 to April 14, 2025. The hearing on Defendant's Motion to Dismiss is set for May 15, 2025. Discovery is stayed while Defendant's anticipated Motion to Dismiss the First Amended Complaint is pending.

**IT IS SO ORDERED.**

Dated:  December 27, 2024

HON. EDWARD J. DAVILA
United States District Judge

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANT'S RESPONSE DEADLINE AND TO SET BRIEFING SCHEDULE
CASE NO. 5:24-CV-05157-EJD

Hogan Lovells US LLP
Attorneys At Law